BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00188-AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING HEARING DATE |
| MARTHA PATRICIA PIO, | |
| Defendants. | |

**STIPULATION TO CONTINUE HEARING DATE**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through her counsel of record, stipulate to continue the status hearing, current set for September 28, 2015, to November 9, 2011, at 1:00 p.m.

Defense counsel is scheduled to be in a federal sentencing hearing on September 28, 2015, in Idaho. In addition, defense counsel has a number of matters, including at least two trials, set in October 2015, which are requiring his attention and preparation. Counsel for the Defendant has received discovery in this matter and needs further time to investigate, study and prepare applicable motions, to address the possibility of settlement, and to further consult with the Defendant.

STIPULATION                                      1

The parties agree to exclude time to November 9, 2015, and agree that the continuance of the hearing date will serve the ends of justice, and that the need for a continuance outweighs the interest of the public and the Defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Speedy Trial Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: September 21, 2015        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Michael S. Frye
MICHAEL S. FRYE
Assistant United States Attorney

DATED: September 21, 2015

/s/ Michael Ian Garey
MICHAEL IAN GAREY
Counsel for Defendant

**O R D E R**

Based on the stipulation of counsel and for good cause, it is ORDERED that the 1st STATUS CONFERENCE hearing in this matter is continued from September 28, 2015, to November 9, 2015 at 1:00 p.m. before Judge McAuliffe.  The court further finds that the ends of justice served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Speedy Trial Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED:  September 22, 2015

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE