1  MICHAEL IAN GAREY/Bar#50565
   Attorney at Law
2  714 North Spurgeon
   Santa Ana, Ca.   92701
3  714-834-0950
   e-mail: mig995@aol.com
4  Attorney for Defendant
   Martha Patricia Pio



FILED
OCT 2 - 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.15-CR-00188-AWI-BAM |
| Plaintiff, | [PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE AND APPEARANCE |
| v. | |
| MARTHA PATRICIA PIO, | |
| Defendant. | |

For good cause shown and upon stipulation of the parties, it is hereby ordered that Defendant MARTHA PATRICIA PIO'S conditions of release is hereby modified to allow her to travel to the Central District of California to attend the funeral and family gatherings related to the death of her aunt betwen October 2, and October 7, 2015 [October 6th]. She shall notify Pretrial services upon her departure, and upon her return.

So ordered:

Dated: 10/2/15

_____
United States District Court Judge

1