BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA PATRICIA PIO,<br><br>Defendants. | CASE NO.  1:15-CR-00188-AWI-BAM<br><br>UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION TO MOTION TO SUPPRESS; DECLARATION IN SUPPORT OF MOTION; ~~PROPOSED~~ ORDER<br><br>Hearing: January 11, 2016<br>Time:    10 a.m.<br>Judge:   Honorable Anthony W. Ishii |

**MOTION TO EXTEND TIME TO RESPOND TO MOTION TO SUPPRESS EVIDENCE**

COMES NOW the United States of America, by and through the undersigned attorneys, and respectfully requests follows:

Defendant Martha Patricia Pio filed a motion to suppress evidence and a hearing on that motion is scheduled for January 11, 2016. The Government's opposition to the motion is due December 11, 2015. The Government seeks a brief extension until and including December 15, 2015, to file its opposition. Counsel for Ms. Pio does not oppose this request. The requested extension of time will allow the Government's attorney additional time to address the various issues raised in Defendant's motion. The grounds for the Government's request are set forth in the Declaration of Michael S. Frye.

1

DATED: December 10, 2015          Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Michael S. Frye
                                  MICHAEL S. FRYE
                                  Assistant United States Attorney

**DECLARATION OF MICHAEL S. FRYE IN SUPPORT OF MOTION FOR EXTENSION**

I, Michael S. Frye, hereby declare as follows:

1. I am the Assistant United States Attorney assigned to the above-referenced matter.

2. Defendant's motion to suppress was filed November 10, 2015, and the Government's written opposition is due December 11, 2015.  On December 1, 2015, I was one of the attorneys in the jury trial of United States v. Lloyd Kenney, case number 1:12-cr-00266 AWI-BAM, a case involving an armed bank robbery.  For several weeks prior to trial a significant portion of my time was devoted to preparing for trial and, consequently, I was unable to direct much attention to Defendant Pio's motion.

3. Once the Kenney trial was completed I focused on a variety of matters, including Defendant Pio's motion and a somewhat urgent warrant on an ongoing investigation.  As I have examined the factual and legal issues raised in Defendant Pio's motion, I believe additional time is necessary to adequately respond to her motion.  Among other matters are potential disputes about the contents of Exhibit B1 to the motion, a transcript of a recording of the stop in question.

4. I have advised Attorney Michael Ian Garey, Ms. Pio's attorney, of my request for an extension of time to file my opposition and he does not oppose it.

I hereby declare under penalty of perjury that the foregoing matters and true and correct and that this declaration was executed December 10, 2015.


/s/Michael S. Frye
Michael S. Frye

**[PROPOSED] O R D E R**

Based on the Motion to Extend Deadline for Filing Opposition, which is unopposed, and the Declaration of Michael S. Frye, and for good cause, it is ORDERED that the Government may file opposition to Defendant's Motion to Suppress Evidence on December 15, 20115.

IT IS SO ORDERED.

Dated:   December 15, 2015                                  _____
                                                                                            SENIOR  DISTRICT  JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28