BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00188-AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING HEARING DATE |
| MARTHA PATRICIA PIO, | |
| Defendants. | |

**STIPULATION TO CONTINUE HEARING DATE**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through her counsel of record, stipulate to continue the hearing on Defendant's Motion to Suppress Evidence, current set for January 11, 2016, to February 29, 2016, at 10:00 a.m.

The parties have requested an evidentiary hearing and believe that a hearing may require two hours. The parties have been advised that on January 11, 2016, the Court has numerous items on calendar and believe the interests of the Government and the Defendant are better served by continuing this matter to a date where the Court has a lighter calendar. In addition, Defendant's motion raised issues that resulted in further investigation by the Government. Some new discovery has been provided, but the Government is awaiting additional materials that need to be provided prior to the

hearing on the Motion to Suppress.

The parties agree to exclude time to February 29, 2016, and agree that the continuance of the hearing date will serve the ends of justice, and that the need for a continuance outweighs the interest of the public and the Defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Speedy Trial Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: January 6, 2016              Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Michael S. Frye
                                    MICHAEL S. FRYE
                                    Assistant United States Attorney
DATED: January 6, 2016

                                    /s/ Michael Ian Garey
                                    MICHAEL IAN GAREY
                                    Counsel for Defendant

**O R D E R**

Based on the stipulation of counsel and for good cause, it is ORDERED that the status hearing in this matter is continued from January 11, 2016, to February 29, 2016, at 10:00 a.m. The court further finds that the ends of justice served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Speedy Trial Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   January 7, 2016                           _____
                                                   SENIOR DISTRICT JUDGE