BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTHA PATRICIA PIO,<br><br>　　　　　　　Defendants. | CASE NO. 1:15-CR-00188-AWI-BAM<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE |

**STIPULATION TO CONTINUE HEARING DATE**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through her counsel of record, stipulate to vacate the status hearing currently set before Magistrate Judge Barbara A. McAuliffe on January 25, 2016, at 1:00 p.m.

A hearing on Defendant Martha Pio's Motion to Suppress Evidence is currently set for February 29, 2016, before District Court Judge Anthony Ishii and time has been excluded until that date under the Speedy Trial Act. In light of the pending motion to suppress, the parties agree that the status hearing on January 25 is unnecessary.

**IT IS SO STIPULATED.**

DATED: January 21, 2016          Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ Michael S. Frye
                                              MICHAEL S. FRYE
                                              Assistant United States Attorney

DATED: January 21, 2016

                                              /s/ Michael Ian Garey
                                              MICHAEL IAN GAREY
                                              Counsel for Defendant

IT IS SO ORDERED.

    Dated:  **January 21, 2016**                    /s/ Barbara A. McAuliffe
                                                            UNITED STATES MAGISTRATE JUDGE

**O R D E R**

Based on the stipulation of counsel and for good cause, it is ORDERED that the 2nd Status Conference hearing currently set for January 25, 2016 at 1:00PM before Judge McAuliffe, is Vacated. If a further status conference is necessary, it can be set at the conclusion of the February 29, 2016, hearing on the Motion to Suppress Evidence before Judge Ishii.