BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>MARTHA PATRICIA PIO,<br><br>      Defendants. | CASE NO. 1:15-CR-00188-AWI-BAM<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE |

**STIPULATION TO CONTINUE HEARING DATE**

  Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through her counsel of record, stipulate to continue the hearing on Defendant's Motion to Suppress Evidence, current set for February 29, 2016, to April 18, 2015, at 10:00 a.m.

  The parties agree that an evidentiary hearing on the motion to dismiss will be necessary and estimate the hearing and argument will last at least two hours. Several conflicts have arising with the current hearing date of February 29, 2016, at 10:00 a.m. The parties have been advised that four sentencings are scheduled for 10:00 a.m., making it unlikely testimony in this matter will be concluded by noon but will instead carry over into the afternoon. However, the primary witness for the government is unavailable to testify in the afternoon, as he was previously

subpoenaed as a witness in another matter. While the parties anticipated that this other matter would be continued, that matter has been confirmed and the witness's attendance will be required elsewhere in the afternoon. Further, the attorney for the government has a dental issue that recently arose (broken tooth) requiring prompt attention and now has an appointment for 1:00 p.m. on February 29. The next available appointment is not for approximately two weeks.

Further, because this hearing will require a court reporter, the Court has expressed its preference that the hearing on the motion be completed in one sitting and has offered to specially set the hearing on April 18, 2016, to allow the hearing to be completed at that time. The request for a continuance of his hearing is at the request of the government. Defense counsel does not oppose the government's request. Defendant Pio is not in custody.

The parties agree to exclude time until April 18, 2016, and agree that the continuance of the hearing date will serve the ends of justice, and that the need for a continuance outweighs the interest of the public and the Defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Speedy Trial Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: February 26, 2016    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Michael S. Frye
MICHAEL S. FRYE
Assistant United States Attorney

DATED: February 26, 2016

/s/ Michael Ian Garey
MICHAEL IAN GAREY
Counsel for Defendant

**O R D E R**

Based on the stipulation of counsel and for good cause, it is ORDERED that the status hearing in this matter is continued from February 29, 2016, to April 18, 2016, at 10:00 a.m. The court further finds that the ends of justice served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Speedy Trial Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   February 26, 2016                              _____
                                                                          SENIOR DISTRICT JUDGE