PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:15-cr-00188-AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING |
| vs. | |
| MARTHA PATRICIA PIO, | Date: April 10, 2017 |
| Defendant. | Time: 10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for April 10, 2017, may be vacated and a change of plea hearing may be set for May 8, 2017, at 10:00 a.m. before the Honorable Judge Anthony W. Ishii. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: April 4, 2017        By:    /s/ *Ross Pearson*
                                    ROSS PEARSON
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DATED: April 4, 2017        By:    /s/ *Michael Ian Garey*
                                    MICHAEL IAN GAREY
                                    Attorney for Defendant
                                    MARTHA PATRICIA PIO


**O R D E R**

IT IS SO ORDERED.

Dated:   April 4, 2017                    _____
                                          SENIOR DISTRICT JUDGE