MICHAEL IAN GAREY/Bar#50565
Attorney at Law
714 North Spurgeon
Santa Ana, Ca.   92701
714-834-0950

Attorney for Defendant
MARTHA PATRICIA PIO


**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>MARTHA PATRICIA PIO,<br><br>          Defendant.<br>_____ | ) CASE NO.1:15-CR-188-AWI<br>)<br>) **STIPULATION AND ORDER RE: CONTINUANCE**<br>) **OF SENTENCING DATE FOR DEFENDANT**<br>) **MARTHA PATRICIA PIO**<br>)<br>) Sentencing Date: August 14, 2017<br>) Time: 10:00 a.m.<br>) Proposed Date: September 25, 2017<br>) Time: 10:00 a.m.<br>) |

     The United States of America, by and through its undersigned attorney of record, and defendant, by and through his undersigned counsel, hereby submit this stipulation regarding the continuance of defendant Martha Patricia Pio's sentencing date which is currently set for August 14, 2017, to be continued to September 25, 2017,  at 10:00 a.m.


**IT IS SO STIPULATED**

Dated: June 30, 2017                    Respectfully submitted,

                                        /s/Michael Garey
                                        _____
                                        Michael Ian Garey
                                        Attorney for Defendant
                                        Martha Patricia Pio

                                        (Authorized by  )

                    1

Dated: June 30, 2017                 /s/Ross Pearson
                                     _____
                                     Ross Pearson
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff
                                     United States of America

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of July, 2017, that Defendant Martha Patricia Pio's sentencing date be continued to **September 18, 2017**, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   July 14, 2017                 _____
                                          SENIOR  DISTRICT  JUDGE

2